**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**KELVIN WELLS, ET AL**

**VERSUS**

**STATE ATTORNEY GENERALS OF LOUISIANA, ET ALS**

**CIVIL ACTION**

**NO. 10-376-FJP-CN**

# N O T I C E

This is to notify plaintiffs that there is no proof in the record that plaintiffs have perfected service of the summons and complaint on the defendants in accordance with Rule 4(m), Federal Rules of Civil Procedure. This is also to notify plaintiffs that in the event they fail to perfect service and file proof of service in the record within the **120 days** allowed by Rule 4(m), this suit shall be dismissed for failure to prosecute, in accordance with ULR, Rule 41.3M.

Signed in chambers in Baton Rouge, Louisiana, September 29, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**